Richard V. McCOOL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 50108.

Missouri Court of Appeals,
Western District.

Nov. 7, 1995.

Lew Kollias, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

### ORDER

PER CURIAM:

Richard McCool pleaded guilty to conspiracy to commit murder in the first degree, section 565.016, and was sentenced to fifteen years incarceration. He filed a Rule 24.035 postconviction motion, and it was denied. He appealed the judgment denying his postconviction motion. Although Mr. McCool is provided a written opinion stating the court's reasoning, a published opinion would have no precedential value.

The judgment denying the Rule 24.035 motion is affirmed. Rule 84.16(b).